IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO. 1:12-cv-102-RS-GRJ

SAMIM ANGHAIE and
SOUSAN ANGHAIE,
individually and
d/b/a NEW ERA TECHNOLOGY, INC.,
and NEW ERA TECHNOLOGY,

    Defendants.
_____/

## O R D E R

The parties have filed cross motions for summary judgment in this False Claims Act case. The motions were referred to the undersigned after counsel for Defendants withdrew and Defendants elected to proceed *pro se.* The events underlying the Complaint were the basis of a criminal case stemming from the same events underlying this case. *See United States v. Anghaie*, Case No. 1:09-cr-37-MP-GRJ (Docs. 151, 188 & 190). Forfeiture proceedings in the criminal case were stayed for 90 days because the parties are engaged in settlement discussions. *Id*. Doc. 286.

The Court was advised that the claims asserted in this civil case were encompassed in the parties' settlement discussions, and on August 4, 2014, the Court conducted a telephonic case status conference to clarify the parties' intentions with respect to the civil case. The parties advised the Court that they would seek a 90-day continuance of the trial of this case, which had been set for September 8, 2014, in an

effort to finalize settlement negotiations.  The parties further advised the Court that neither party required a ruling on the pending summary judgment motions in connection with such negotiations.  On August 11, 2014, the district judge granted the parties' motion to continue, and trial in this case is presently set for December 8, 2014.  Doc. 62.

In view of the parties' representations at the case status conference and the 90-day continuance of the trial date in this case, it is **ORDERED:**

1.  Further consideration of the pending summary judgment motions will be deferred for 45 days.

2.  At the expiration of 45 days from the date of this Order the parties must advise the Court of the status of settlement.

**DONE AND ORDERED** this 12th day of August 2014.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge