IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO.  1:12-cv-102-RS-GRJ

SAMIM ANGHAIE,
SOUSAN ANGHAIE,
d/b/a NEW ERA TECHNOLOGY, INC.
and
NEW ERA TECHNOLOGY, INC.,

    Defendants.
_____/

## ORDER

Before me are the December 10, 2014, Magistrate Judge's Report and Recommendation (Doc. 72) and Defendants' Objections (Doc. 73). I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in the Government's Motion for Summary Judgment (Doc. 20) is **GRANTED**.

3. The Clerk is directed to close this case.

**ORDERED** on January 13, 2015.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**