IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO.  1:12-cv-102-RS-GRJ

SAMIM ANGHAIE,
SOUSAN ANGHAIE,
d/b/a NEW ERA TECHNOLOGY, INC.
and
NEW ERA TECHNOLOGY, INC.,

    Defendants.
_____/

## JUDGMENT

    Judgment is entered in favor of Plaintiff United States of America in the amount of $2,746,631.37 for damages and a penalty pursuant to 31 U.S.C. § 3729(a) of $231,000.00 against Defendants Samim Anghaie, Sousan Anghaie, and New Era Technology, Inc.

**ORDERED** on January 13, 2015.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**